# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Michael Cahill | COURT CASE NUMBER: 04-CV-11986-MEL |
| DEFENDANT: Verizon | TYPE OF PROCESS: |

**SERVE**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Verizon
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 125 High Street, Boston MA 02110

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Michael Cahill
12 Whitewood Circle
Amesbury, MA 01913

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.:

Stamps: IN CLERK'S OFFICE, 2004 OCT -1 P 3:27, U.S. DISTRICT COURT DISTRICT OF MASS.; RECEIVED U.S. MARSHAL SERVICE BOSTON MA 2004 SEP 30 P 1:53

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: W. Michael Cahill
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 978-388-4405
DATE: 9/30/04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk: Nancy [illegible] | Date: 9/30/04 |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Sean Walsh (Security Rep)

Address (complete only if different than shown above):
185 Franklin St
Boston, MASS

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10-1-04
Time: 1:45 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | | | $45 | | |

REMARKS:

**1. CLERK OF THE COURT**

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ _____

W. MICHAEL CAHILL

V.

VERIZON, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11986-MEL

TO: (Name and address of Defendant)

Verizon
125 High Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. W. Michael Cahill, pro se
12 Whitewood Circle
Amesbury, MA 01913

an answer to the complaint which is herewith served upon you, within \_\_\_\_\_20\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK  /s/ _(signature)_

DATE  9/28/04

(By) DEPUTY CLERK