# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Michael Cahill | COURT CASE NUMBER: IN CLERKS OFFICE - MEL |
| DEFENDANT: Verizon | TYPE OF PROCESS: 2004 OCT -1 P 3:27 |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Verizon

U.S. DISTRICT COURT DISTRICT OF MASS.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 125 High Street, Boston MA 02110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael Cahill
12 Whitewood Circle
Amesbury, MA 01913

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

2004 SEP 30 P 1:53
RECEIVED U.S. MARSHAL SERVICE BOSTON, MA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
W. Michael Cahill
TELEPHONE NUMBER: 978-388-4465
DATE: 9/30/04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy [signature] | Date: 9/30/04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Sean Walsh (Security Rep)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): 185 Franklin St, Boston, MASS

Date of Service: 10-1-04   Time: 1:45 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee: $45 | Total Mileage Charges (including endeavors): N/A | Forwarding Fee | Total Charges: $45 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

W. MICHAEL CAHILL

V.

VERIZON, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11986-MEL

TO: (Name and address of Defendant)

Verizon
125 High Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. W. Michael Cahill, pro se
12 Whitewood Circle
Amesbury, MA 01913

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____

9/28/04
DATE

(By) DEPUTY CLERK