UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-CV-11986MEL

W. Michael Cahill, Pro-Se
Plaintiff,
v.

Verizon (New England), et at.
Local 2222 IBEW
Defendant

**PLAINTIFFS' MEMORANDUM OF FACTS IN OPOSITION TO TO MOTION TO DISMISS**

Supporting documents from the Defendant Verizon prove in fact that the Plaintiff was Full Time Regular for over a year, and that his status was changed after the first surplus was announced by the defendant Verizon. If the Defendant IBEW did not act in bad faith and discriminatory against the Plaintiff, and did proper research they would have obtained copies of these official documents stating that the Plaintiff was in fact Full Time Regular, instead because they knew that the Plaintiff was disabled they chose to refuse his grievance, and discriminate against him failing to represent. In correspondence with the defendants both the IBEW and Verzion, both claim that his status was never changed. The clock should begin on the admittance of Verizon in August of 2004. Because the defendants were working together the Plaintiff could not prove his status change without this admittance.

## TEMPORARY EMPLOYEES

### Eligibility

**P12.15** A temporary employee who has accumulated 130 days of work (including days of paid absence) during the current vacation year, including work at some time during either January or February shall be eligible for a vacation of two weeks with pay.

**P12.16** An employee who has accumulated 130 days of work (including days of paid absence) during the current vacation year, but not including work during either January or February shall be given a vacation of one week with pay.

**P12.17** Vacations shall be scheduled in accordance with the requirements of the service. An employee's vacation may be scheduled before the employee has accumulated 130 days of work provided that this is essential to proper force coverage throughout the year and that there is a definite expectation that the employee will subsequently accumulate the 130 days of work as specified in paragraph P12.15.

### Day-At-A-Time

**P12.18** Temporary employees who are eligible for two weeks' vacation may use one of these vacation weeks to be taken on a day-at-a-time basis. Single vacation days may then be granted to employees on the basis of the earliest request and in accordance with the requirements of the service.

## ARTICLE P13
## Promotions Within The Bargaining Unit

**P13.01** When selecting employees for job titles designated in Article G31, Note 1, first consideration shall be given to logical candidates in the immediate and related work groups, then to such candidates as have made known their desire to be transferred to such job titles.

**P13.02** Management will select the senior employee, provided the qualifications, such as ability, aptitude and attendance of the individuals considered meet the job title requirements and are judged by Management to be reasonably equal. The appropriate Business Manager will be notified when an employee is selected for one of these job titles.

the provisions of Article G28 to receive wage increases, with such eligibility commencing six (6) months following transfer.

**G29.11** If the above transfer is to a rated job title, and the employee receives the fourty eight (48) month step wage rate, the employee must acquire the rating for that job title within twelve (12) months of the date of transfer in order to retain that wage rate. Date of rating will be as provided for in Article P20 ("Examination Procedures"). However, if employee fails to acquire the necessary rating in the assigned job title within twelve (12) months, the employee's rate of pay will be reduced to the maximum progression wage rate.

## ARTICLE G30
## Filling Vacancies

**G30.01** Management determines when a vacancy exists. Vacancies shall be filled in accordance with the provisions of this Article.

### NOTICE OF VACANCY

**G30.02** Subject to the provisions of paragraph G30.09, vacancies in rated job titles, vacancies following the use of intra-bargaining unit departmental transfer plans or bidding plans in Traffic, Accounting, and Sales, and vacancies in nonrated job titles in Plant shall be advertised for seven (7) calendar days via electronic systems, toll free telephone tape message and by other means agreeable to the parties. The advertisement shall indicate number of vacancies, department, reporting location, job title, qualifications, initial tour assignment, closing dates and application instructions. Bidding areas will be the geographic boundaries of each of the Local Unions collectively comprising the bargaining agent, as such boundaries exist on the effective date of this Agreement.

### TRANSFER APPLICATION AND NOTICE OF AWARD

**G30.03** Applications shall be made via electronic systems or toll free telephone number, or by other means agreeable to the parties, and must be submitted by the closing date of the advertised vacancy. Notice of award shall be furnished to the successful applicant and the appropriate Business Manager and shall be advertised via electronic systems and toll free telephone tape message. Successful applicants will have their length of time (residency) on the awarded job start as of the closing date of the advertised vacancy. It is expected that the successful applicant will be transferred, or assigned, to fill the vacancy no later than the start of the fourth weekly payroll period from the date of notice of award.

## ELIGIBILITY

**G30.04** Employees shall be eligible to fill vacancies or to apply for transfer to fill vacancies after twenty-four (24) months on present assignment. Such vacancies include vacancies at an employee's reporting location where two or more separately administered work groups exist within the same job title. However, employees with less than twenty-four (24) months on present assignment may submit bids for jobs in the same job title. Such requests will be considered when there are no eligible bids received, subject to the mutual consent of Local Management and the Local Business Manager involved.

Note: Regular full time employees who were reclassified from temporary full time positions in their job title at their existing reporting location and temporary full time employees who are reassigned in their job title at their existing reporting location, will be considered as having been on their present assignment from the date they reported to the temporary position held prior to their reclassification or reassignment.

## SELECTION

### Rated Job Titles

**G30.05** In cases of conversion, the employees of the offices to be converted will be given first consideration of assignments to the new office.

**G30.06** Consistent with the requirements of the service, applicants for transfer to fill vacancies shall be given consideration in the following order subject to Notes (a), (b), (c) and (d):

(1) From regular full time employees within the bidding area in which the vacancy occurs who are permanently assigned in the job title in which the vacancy occurs.

(2) From regular full time employees outside the bidding area in which the vacancy occurs but within the Company, who are permanently assigned in the job title in which the vacancy occurs.

(3) From regular full time employees within the Company who are permanently assigned to other rated job titles.

(4) From regular full time employees permanently assigned to other job titles within the bargaining unit who meet the requirements for the vacancy.

(5) From regular full time employees permanently assigned to other job titles outside the bargaining unit who meet the requirements for the vacancy.

(6) From former regular full time employees who were laid off from rated job titles in the bargaining unit and who are eligible for recall.

(7) From regular part time employees.

(8) From regular full time bargained for employees from outside of the IBEW bargaining units.

(9) From temporary employees.

People hired off the street

Note (a) Applicants who are regular full time employees and who are assigned in the job title in which the vacancy occurs shall be considered in order of seniority.

Note (b) When considering applicants who are regular part time or temporary employees, the same order of consideration shall be used as is used for regular full time employees who are permanently assigned.

Note (c) When considering applicants from outside of the job title in which the vacancy occurs, selection, if made from these applicants, shall be based on the applicant's qualifications, physical suitability and previous plant experience for the work covered by the vacancy. Preference will be given to applicants with rating in the job title in which the vacancy occurs.

Note (d) — On Central Office vacancies preference will be given to experience in the particular type of Central Office involved.

Note (e) For Plant Bargaining Unit vacancies all plant clerical will be considered as a single job title.

## Nonrated Job Titles

**G30.07** Consistent with the requirements of the service, applicants for transfer to fill vacancies shall be given consideration in the following order subject to Notes (a), (b), (c) (d) and (e).

(1) From regular full time employees within the bidding area in which the vacancy occurs who are permanently assigned in the job title and bargaining unit in which the vacancy occurs.

(2) From regular full time employees outside the bidding area in which the vacancy occurs who are permanently assigned in the job title and bargaining unit in which the vacancy occurs.

(3) From regular full time employees within the Company and bargaining unit who are not permanently assigned in the job title in which the vacancy occurs.

(4) From regular full time employees within the bidding area in which the vacancy occurs who are permanently assigned in the job title in which the vacancy occurs.

(5) From regular full time employees outside the bidding area in which the vacancy occurs who are permanently assigned in the job title in which the vacancy occurs.

(6) From regular full time employees within the Company who are not permanently assigned in the job title in which the vacancy occurs.

(7) From regular full time former employees who were laid off from nonrated job titles in the Labor Agreement and who are eligible for recall.

(8) From regular part time employees.

(9) From regular full time bargained for employees from outside of the IBEW bargaining units.

(10) From temporary employees.

Note (a) Applicants who are regular full time employees and who are assigned in the job title in which the vacancy occurs shall be considered in order of seniority.

Note (b) When considering applicants who are regular part time or temporary employees, the same order of consideration shall be used as is used for regular full time employees who are permanently assigned.

Note (c) When considering applicants from outside of the job title in which the vacancy occurs, selection, if made from these applicants, shall be based on the applicant's qualifications, physical suitability and previous experience for the work covered by the vacancy.

Note (d) For Plant Bargaining Unit vacancies all plant clerical will be considered as a single job title.

Note (e) For Facilities Assigner vacancies, seniority of Estimate Assigner rating will apply.

## OTHER PROCEDURES

**G30.08** The provisions of paragraphs G30.02 through G30.07 do not apply to:

(a) Reassignments within a clerical work group or a Logistics Services Employee Group when management does not expect to fill vacancies in that work group within ninety (90) calendar days of the reassignment. The reassignment will be filled by canvass of the employees in that work group.

(b) Assignments to job titles covered in Article G31 (Note 1), or other assignments designated by management.

**G30.09** At the discretion of the Company, fifty (50) percent of the vacancies in each job title which otherwise would be advertised and processed in accordance with paragraphs G30.02 through G30.07 may be filled by hiring regular or temporary employees, accepting transfers from outside of the bargaining unit or by accepting temporary full time employees from within the bargaining unit.

Local 2222

# ARTICLE G25
## Force Adjustment Plan

### GENERAL

If, during the term of this Agreement, the Company notifies the Union in writing that technological change (defined as changes in equipment or methods of operation) has or will create a surplus of any job title in any work location which will necessitate layoffs or involuntary permanent reassignments of regular employees to different job titles involving a reduction in pay or to work locations requiring a change of residence, or if a force surplus or force rearrangement necessitating any of the above actions exists for reasons other than technological change, the Company shall provide the Union with the job title(s) and work location(s) affected, together with the names and net credited service dates of all employees in the affected job title(s) in the surplus location(s). In addition, if the surplus condition is caused by an External Event as these terms are defined in the letter of agreement dated August 5, 1994, the Company shall so notify the Union in writing. The Company shall take the following steps, in the order indicated below, to the extent necessary to eliminate the surplus or accomplish the force rearrangement.

**G25.01.** The Company will implement the provisions of Article G23 ("Income Protection Plan"), except that:

(a) The replacement employee referenced in Article G23.01(b) can be in a surplus job title at a nonsurplus location and must be obtained from the canvass set forth in paragraph G25.02(b) below.

(b) The Company may implement paragraphs G23.01(a) and (b) at the same time.

Note: If a surplus is declared in a job title at a work location where an administrative work group in the surplus job title consists of employees reporting to other work locations and such employees are normally assigned to a common work area, all such work locations shall be considered as a single work location for purposes of the Force Adjustment Plan.

**G25.02** If the implementation of paragraph G25.01 above does not eliminate the surplus, the following steps shall be taken in the following order:

(a) Rated employees at all locations within the bidding area where rated employees are surplus may, to the extent of the number of rated employees who are surplus, assert seniority of rating rights to displace employees in the same job title permanently assigned within the bidding area.

(b) The Company will conduct a simultaneous canvass at all surplus locations within each Union Local area where a surplus exists. Employees at surplus locations may assert seniority rights to transfer to jobs made available by the Company for which they are qualified. Such jobs will include, but are not limited to, the following:

(1) Jobs where there is a need resulting from the implementation of paragraph G25.01(b) above.

(2) Jobs in the surplus job title held by the most junior employees in the Union Local area, equivalent to the number of surplus employees in the job title in the Union Local area. However, an employee at a surplus location, at the time such employee is canvassed, cannot transfer to a job held by one of the identified junior employees if such junior employee is also at a surplus location.

(3) Notwithstanding any other provisions of the Labor Agreement, jobs identified by the Company which would result if the Company work completed or laid off certain temporary employees within the Union Local area, both within and outside of the surplus bargaining unit.

**G25.03** If the implementation of paragraphs G25.01 and G25.02 does not eliminate the surplus, the provisions of Article G24.03 - G24.08 ("Job Bank") will apply except that the vacancies made available by the Company can be at a higher pension band than the job titles in which the surplus exists and can include vacancies from the NYNEX Job Bank.

(a) Notwithstanding any other provision of the Labor Agreement, the Job Bank (Article G24.03) may include openings and vacancies covered by this Labor Agreement and vacancies that would result if the Company work completed or laid off temporary employees, both within and outside of the surplus bargaining unit.

(b) For purposes of this Article, the wages of any employees who are transferred, voluntarily or involuntarily, to jobs having lower basic weekly wage rates shall at the employee's option be reduced in accordance with Article G21 ("Reassignment Pay Protection Plan"), or green circled until the expiration of the Labor Agreement, that is, they will receive the wage rate applicable to their previous jobs, together with any negotiated wage increases, until the expiration of the Labor Agreement, at which time their wages will be reduced to the rate applicable to the job held at that time.

(c) The transfer and vacancy provisions in this Article are separate from and not governed by the transfer and vacancy provisions of this Agreement. However, notwithstanding the provisions of Article G24.06, Plant, Traffic, Accounting, Logistics Services and Sales employees who fill vacancies under this Article shall be reimbursed for expenses in the same manner as outlined in Article P15.

**G25.04** If a surplus regular employee chooses not to transfer under the Job Banks canvass, the Company shall offer to such employees Income Protection payments as provided for in amounts set forth in the Labor Agreement. An employee's election to leave the service of the Company and receive Income Protection payments must be in writing and transmitted to the Company within seven (7) days of the offer and it may not be revoked thereafter. Such employees who elect to accept the Income Protection payments shall terminate their service and leave the payroll of the Company at the close of that seven (7) day period. All such employees who volunteer during such period will be accepted.

**G25.05** If the implementation of the above steps does not eliminate a surplus resulting from an External Event and if at least thirty (30) days has elapsed from the notification of a surplus condition pursuant to this Article, the Company shall lay off employees as provided for in the layoff provisions of this Labor Agreement.

**G25.06** Employees rearranged as a result of the implementation of this Article, will be given one opportunity, before the vacancies are posted and filled under the provisions of Article G30 ("Filling Vacancies"), to return to their former location and job title in the inverse order in which they were rearranged. Employees will be eligible for return opportunities for two (2) years from the date of their rearrangement, or for the life of this Agreement, whichever is greater. Employees declining such offer will still be eligible under Article G30 to fill posted vacancies.

**G25.07** Nothing in this Article shall be construed as prohibiting th Company and the Union from modifying by mutual agreement, th force adjustment provisions.

## ARTICLE G26
## Technology Change Committee

**G26.01** The parties will establish a Technology Change Committe consisting of not more than three representatives of the Compan and not more than three representatives of the Union. Such committee may b convened at the option of either party at mutually agreeable times.

**G26.02** The purpose of the Committee is to provide for discussion of majo technological changes (including changes in equipmen organization or methods of operation) which may affect employees represente by the Union. The Company will notify the Union at least six (6) months i advance of planned major technological changes. Meetings of the Committe will be held as soon thereafter as can be mutually arranged. At such meeting the Company will advise the Union of its plans with respect to the introduction o such changes and will familiarize the Union with the progress being made.

**G26.03** The impact and effect of such changes on the employees shall b appropriate matters for discussion. The Company will discuss wit the Union:

(a) What steps might be taken to offer employment to employe affected:

(1) In the same locality or other localities in jobs whic may be available in occupations covered by tl collective bargaining agreement between the partie and

(2) In other occupations in the Company not covered by tl collective bargaining agreement.

(b) The applicability of various Company programs and contra provisions relating to force adjustment plans and procedur including Income Protection Plan, Reassignment P Protection Plan, retirement, transfer procedures and the lik

Verizon ECR Turnaround Document

NAME: Cahill,Michael
EMPLID: MC21050 COMPANY: Verizon New England Inc.
EMP STATUS: A CURRENT RC: A2K501000
JOB TITLE: CENTRAL OFFICE TECHNICIAN

EFF DATE: 10/30/00 12/17/00
ACTION: HIR
REASON: HIR

SEQ: 0
ACTION MODE: N
EXIT IND:

REG/TEMP: R
EMP CLASS:
FULL/PART: F

ORG UNIT: 4010922
JOB CODE: 500564
JSC: 021
SSG#:

ROTATIONAL:
TEMP ASSIGN: N
EXP END DATE:
LOA RET DATE:

MANAGER IND: 0
FLSA: N
PAY
CYCLE: NET 3 - Weekly

SAL ADMIN PLAN: 50
CL/WAGE TBL: 02
SCA/UA: Y

PAY CODE: 3103320
STEP: 0
STRUCT/ZONE: 1
FTE: 1.00

WORK STATE IND: MA
LOCATION CODE: 00M084 10MOLL
WORK LOCATION: 125 HIGH STREET
BOSTON

CO LOCATION:
7 ELM ST
MALDEN MA

STANDARD HRS: 40
SCHEDULED HRS: 40
SHIFT: 1
SHIFT FACTOR: 0
JOB SHARE: COMPRESS WORK WEEK:

DAILY SCHED HRS:

| | S | M | T | W | TH | F | S |
|---|---|---|---|---|---|---|---|
| CURRENT: | 0 | 8 | 8 | 8 | 8 | 8 | 0 |
| PROPOSED: | | | | | | | |

FLEXTIME: WORK AT HOME: WORK NEAR HOME: OTHER ARRANGMENTS:

NEXT PROG DATE:
SPEC TREAT DATE:
SPEC TREAT TYPE:
PIP AMT/DATE: 0.00
CPS AMT/DATE: 0.00
STA AMT/DATE: 0.00
TEMPORARY
INCREASE: 0.00

AVE COMMISSION: 0.00
DAILY FARES: 0.00
RPPP AMOUNT: 0.00
NON STAND SAL IND: N
BASIC RATE: 405.50
STI AMT/DATE: 0.00
RESIDENCY DATE: 10/30/00
PERM COMPRATE: 405.50

CYCLE RATE: 405.50
COMP RATE: 405.50
SHIFT DIFF: 0.00
RATE CHANGE AMT: 0.00
RATE CHANGE PCT: 0.00

PERM JOB CODE: 500564

EARNINGS DISTRIBUTION (JFC/ENVIRO CODE/ADMIN AREA/PERCENT)
CURRENT: 4740 0 2000000 100

PROPOSED:

RESIDENCE ADDRESS:
ADDRESS 1: 14 SOUTH ST
CITY: SALEM
COUNTRY: USA
HOME PHONE #: 978/740-9887
OTHER HOME PHONE:

STATE: MA
INTL POSTAL:
NONPUB:
NONPUB:

POSTAL: 01970
LOCALITY:

COMMENTS:

WORK ADDRESS:
FLOOR #: FL 1
ROOM #:
CUBICLE #:

TYPE: MMO110101
MAIL DROP: 100620000
WORK PHONE/EXT: 617/743-3516
FAX #:

BEEPER/PIN:

EMERGENCY CONTACT:
CONTACT NAME:
REMARKS:

HOME PHONE:
WORK PHONE:

ECR PREPARER CODE: 6221
PREP BY Lorraine Costa

OPERATOR ID: BA9DRTN
TEL #: 781 338.8135

INPUT DATE: 11/01/00
AUTH BY:

Verizon ECR Turnaround Document

NAME: Cahill,Michael
EMPLID: MC21050 COMPANY: Verizon New England Inc. EFF DATE: 01/01/01 SEQ: 0 REG/TEMP: R
EMP STATUS: A CURRENT RC: A2K501000 ACTION: MDU ACTION MODE: C EMP CLASS:
JOB TITLE: CENTRAL OFFICE TECHNICIAN REASON: JCC EXIT IND: FULL/PART: F

ORG UNIT: 4010922 ROTATIONAL: MANAGER IND: 0 SAL ADMIN PLAN: 50
JOB CODE: 500564 TEMP ASSIGN: N FLSA: N CL/WAGE TBL: 02
JSC: 021 EXP END DATE: PAY SCA/UA: N
SSG#: LOA RET DATE: CYCLE: NET 3 - Weekly

PAY CODE: 3103320 WORK STATE IND: MA CO LOCATION:
STEP: 0 LOCATION CODE: 00M011
STRUCT/ZONE: 1 WORK LOCATION: 7 ELM STREET
FTE: 1.00 MALDEN

STANDARD HRS: 40
SCHEDULED HRS: 40 DAILY SCHED HRS:
SHIFT: 1 CURRENT: S: 0 M: 8 T: 8 W: 8 TH: 8 F: 8 S: 0
SHIFT FACTOR: 0 PROPOSED: S: M: T: W: TH: F: S:
JOB SHARE: COMPRESS WORK WEEK: FLEXTIME: WORK AT HOME: WORK NEAR HOME: OTHER ARRANGMENTS:

NEXT PROG DATE: AVE COMMISSION: 0.00 CYCLE RATE: 405.50
SPEC TREAT DATE: DAILY FARES: 0.00 COMP RATE: 405.50
SPEC TREAT TYPE: RPPP AMOUNT: 0.00 SHIFT DIFF: 0.00
PIP AMT/DATE: 0.00 NON STAND SAL IND: N RATE CHANGE AMT: 0.00
CPS AMT/DATE: 0.00 BASIC RATE: 405.50 RATE CHANGE PCT: 0.00
STA AMT/DATE: 0.00 STI AMT/DATE: 0.00
TEMPORARY RESIDENCY DATE: 10/30/00
INCREASE: 0.00 PERM COMPRATE: 405.50 PERM JOB CODE: 500564

EARNINGS DISTRIBUTION (JFC/ENVIRO CODE/ADMIN AREA/PERCENT)
CURRENT: 4711 0 2000000 100

PROPOSED:

RESIDENCE ADDRESS: EFF DATE: 1900-01-01
ADDRESS 1: 14 SOUTH ST COMMENTS:
CITY: SALEM
COUNTRY: USA STATE: MA POSTAL: 01970
HOME PHONE #: 978/740-9887 INTL POSTAL: LOCALITY:
OTHER HOME PHONE: NONPUB:
NONPUB: TYPE:
WORK ADDRESS: CONFIDENTIAL: N
FLOOR #: 1 MAIL DROP: NM0110101 BEEPER/PIN:
ROOM #: WORK PHONE/EXT: 617/743-3516
CUBICLE #: FAX #:
EMERGENCY CONTACT:
CONTACT NAME:
REMARKS: HOME PHONE: PAGER:
WORK PHONE: CELL:

ECR PREPARER CODE: 6221 OPERATOR ID: BAVHMH6 INPUT DATE: 01/09/01
PREP BY TEL #: AUTH BY:

VERIZON ECR TURNAROUND DOCUMENT

NAME: CAHILL,MICHAEL
EMPLID: MC21050 COMPANY: VERIZON NEW ENGLAND INC.
EMP STATUS: A CURRENT RC: A2K501000 A2K501160
JOB TITLE: CENTRAL OFFICE TECHNICIAN

EFF DATE: 01/01/01 12/17/00
ACTION: MDU
REASON: JCC

SEQ: 0
ACTION MODE: A
EXIT IND:

REG/TEMP: R
EMP CLASS:
FULL/PART: F

ORG UNIT: 4010922
JOB CODE: 500564
JSC: 021
SSG#:

ROTATIONAL:
TEMP ASSIGN: N
EXP END DATE:
LOA RET DATE:

MANAGER IND: 0
FLSA: N
PAY CYCLE: NET 3 - WEEKLY

SAL ADMIN PLAN: 50
CL/WAGE TBL: 02
SCA/UA: Y

PAY CODE: 3103320
STEP: 0
STRUCT/ZONE: 1
FTE: 1.00

WORK STATE IND: MA
LOCATION CODE: 00M084 00M011
WORK LOCATION: 125 HIGH STREET BOSTON

CO LOCATION: ~~A 146~~ 7 ELM ST MALDEN, MA.

STANDARD HRS: 40
SCHEDULED HRS: 40
SHIFT: 1
SHIFT FACTOR: 0
JOB SHARE:

DAILY SCHED HRS:

| | S | M | T | W | TH | F | S |
|---|---|---|---|---|---|---|---|
| CURRENT: | 0 | 8 | 8 | 8 | 8 | 8 | 0 |
| PROPOSED: | | | | | | | |

COMPRESS WORK WEEK: FLEXTIME: WORK AT HOME: WORK NEAR HOME: OTHER ARRANGMENTS:

NEXT PROG DATE:
SPEC TREAT DATE:
SPEC TREAT TYPE:
PIP AMT/DATE: 0.00
CPS AMT/DATE: 0.00
STA AMT/DATE: 0.00
TEMPORARY INCREASE: 0.00

AVE COMMISSION: 0.00
DAILY FARES: 0.00
RPPP AMOUNT: 0.00
NON STAND SAL IND: N
BASIC RATE: 405.50
STI AMT/DATE: 0.00
RESIDENCY DATE: 10/30/00
PERM COMPRATE: 405.50

CYCLE RATE: 405.50
COMP RATE: 405.50
SHIFT DIFF: 0.00
RATE CHANGE AMT: 0.00
RATE CHANGE PCT: 0.00

PERM JOB CODE: 500564

EARNINGS DISTRIBUTION (JFC/ENVIRO CODE/ADMIN AREA/PERCENT)
CURRENT: 4711 0 2000000 100
PROPOSED:

RESIDENCE ADDRESS: EFF DATE: 1900-01-01
ADDRESS 1: 14 SOUTH ST
CITY: SALEM
STATE: MA
POSTAL: 01970
COUNTRY: USA
INTL POSTAL:
LOCALITY:
HOME PHONE #: 978/740-9887
NONPUB:
OTHER HOME PHONE:
NONPUB:
TYPE:
COMMENTS:
CONFIDENTIAL: N

WORK ADDRESS:
FLOOR #: FL 01
ROOM #:
CUBICLE #:
MAIL DROP: 1G0620000 NM 110101
WORK PHONE/EXT: 617/743-3516
FAX #:
BEEPER/PIN:

EMERGENCY CONTACT:
CONTACT NAME:
REMARKS:
HOME PHONE:
WORK PHONE:
PAGER:
CELL:

ECR PREPARER CODE: 6221
PREP BY: Lorraine Costa
OPERATOR ID: HRPJFCC
TEL #: 781.388.8135
INPUT DATE: 01/05/01
AUTH BY:
1.11.01

Verizon ECR Turnaround Document

NAME: Cahill,Michael
EMPLID: MC21050 COMPANY: Verizon New England Inc. EFF DATE: 01/01/01 SEQ: 0 REG/TEMP: R
EMP STATUS: A CURRENT RC: A2K501160 ACTION: MDU ACTION MODE: C EMP CLASS:
JOB TITLE: CENTRAL OFFICE TECHNICIAN REASON: JCC EXIT IND: FULL/PART: F

ORG UNIT: 4010925 ROTATIONAL:
JOB CODE: 500564 TEMP ASSIGN: N MANAGER IND: 0 SAL ADMIN PLAN: 50
JSC: 021 EXP END DATE: FLSA: N CL/WAGE TBL: 02
SSG#: LOA RET DATE: PAY SCA/UA: N
CYCLE: NET 3 - Weekly

PAY CODE: 3103320 WORK STATE IND: MA
STEP: 0 LOCATION CODE: 00M011 CO LOCATION:
STRUCT/ZONE: 1 WORK LOCATION: 7 ELM STREET
FTE: 1.00 MALDEN

STANDARD HRS: 40
SCHEDULED HRS: 40 DAILY SCHED HRS:
SHIFT: 1 CURRENT: S: 0 M: 8 T: 8 W: 8 TH: 8 F: 8 S: 0
SHIFT FACTOR: 0 PROPOSED: S: M: T: W: TH: F: S:
JOB SHARE: COMPRESS WORK WEEK: FLEXTIME: WORK AT HOME: WORK NEAR HOME: OTHER ARRANGMENTS:

NEXT PROG DATE:
SPEC TREAT DATE: AVE COMMISSION: 0.00 CYCLE RATE: 405.50
SPEC TREAT TYPE: DAILY FARES: 0.00 COMP RATE: 405.50
PIP AMT/DATE: 0.00 RPPP AMOUNT: 0.00 SHIFT DIFF: 0.00
CPS AMT/DATE: 0.00 NON STAND SAL IND: N RATE CHANGE AMT: 0.00
STA AMT/DATE: 0.00 BASIC RATE: 405.50 RATE CHANGE PCT: 0.00
TEMPORARY STI AMT/DATE: 0.00
INCREASE: 0.00 RESIDENCY DATE: 10/30/00
PERM COMPRATE: 405.50 PERM JOB CODE: 500564

EARNINGS DISTRIBUTION (JFC/ENVIRO CODE/ADMIN AREA/PERCENT)
CURRENT: 4711 0 2000000 100

PROPOSED:

RESIDENCE ADDRESS: EFF DATE: 1900-01-01
ADDRESS 1: 14 SOUTH ST COMMENTS:
CITY: SALEM
COUNTRY: USA STATE: MA POSTAL: 01970
HOME PHONE #: 978/740-9887 INTL POSTAL: LOCALITY:
OTHER HOME PHONE: NONPUB:
NONPUB: TYPE:
WORK ADDRESS: CONFIDENTIAL: N
FLOOR #: 1 MAIL DROP: NM0110101
ROOM #: WORK PHONE/EXT: 617/743-3516 BEEPER/PIN:
CUBICLE #: FAX #:
EMERGENCY CONTACT:
CONTACT NAME:
REMARKS: HOME PHONE: PAGER:
WORK PHONE: CELL:

ECR PREPARER CODE: 6221 OPERATOR ID: BAVHMH6
PREP BY TEL #: INPUT DATE: 01/11/01
AUTH BY:

Verizon ECR Turnaround Document

NAME: Cahill,Michael
EMPLID: MC21050 COMPANY: Verizon New England Inc.
EMP STATUS: A CURRENT RC: A2K501160
JOB TITLE: CENTRAL OFFICE TECHNICIAN

EFF DATE: 01/01/01
ACTION: MDU
REASON: JCC

SEQ: 0
ACTION MODE: C
EXIT IND:

REG/TEMP: R
EMP CLASS:
FULL/PART: F

ORG UNIT: 4010925
JOB CODE: 500564
JSC: 021
SSG#:

ROTATIONAL:
TEMP ASSIGN: N
EXP END DATE:
LOA RET DATE:

MANAGER IND: 0
FLSA: N
PAY CYCLE: NET 3 - Weekly

SAL ADMIN PLAN: 50
CL/WAGE TBL: 02
SCA/UA: N

PAY CODE: 3103320
STEP: 0
STRUCT/ZONE: 1
FTE: 1.00

WORK STATE IND: MA
LOCATION CODE: 00M011
WORK LOCATION: 7 ELM STREET MALDEN

CO LOCATION:

STANDARD HRS: 40
SCHEDULED HRS: 40
SHIFT: 1
SHIFT FACTOR: 0
JOB SHARE:

DAILY SCHED HRS:

| | S: | M: | T: | W: | TH: | F: | S: |
|---|---|---|---|---|---|---|---|
| CURRENT: | 0 | 8 | 8 | 8 | 8 | 8 | 0 |
| PROPOSED: | | | | | | | |

COMPRESS WORK WEEK: FLEXTIME: WORK AT HOME: WORK NEAR HOME: OTHER ARRANGMENTS:

NEXT PROG DATE:
SPEC TREAT DATE:
SPEC TREAT TYPE:
PIP AMT/DATE: 0.00
CPS AMT/DATE: 0.00
STA AMT/DATE: 0.00
TEMPORARY INCREASE: 0.00

AVE COMMISSION: 0.00
DAILY FARES: 0.00
RPPP AMOUNT: 0.00
NON STAND SAL IND: N
BASIC RATE: 405.50
STI AMT/DATE: 0.00
RESIDENCY DATE: 10/30/00
PERM COMPRATE: 405.50

CYCLE RATE: 405.50
COMP RATE: 405.50
SHIFT DIFF: 0.00
RATE CHANGE AMT: 0.00
RATE CHANGE PCT: 0.00

PERM JOB CODE: 500564

EARNINGS DISTRIBUTION (JFC/ENVIRO CODE/ADMIN AREA/PERCENT)
CURRENT: 4711 0 2000000 100

PROPOSED:

RESIDENCE ADDRESS: EFF DATE: 1900-01-01
ADDRESS 1: 14 SOUTH ST
CITY: SALEM
COUNTRY: USA
HOME PHONE #: 978/740-9887
OTHER HOME PHONE:

STATE: MA
INTL POSTAL:
NONPUB:
NONPUB: TYPE:

POSTAL: 01970
LOCALITY:

COMMENTS:

CONFIDENTIAL: N

WORK ADDRESS:
FLOOR #: 1
ROOM #:
CUBICLE #:

MAIL DROP: NM0110101
WORK PHONE/EXT: 617/743-3516
FAX #:

BEEPER/PIN:

EMERGENCY CONTACT:
CONTACT NAME:
REMARKS:

HOME PHONE:
WORK PHONE:

PAGER:
CELL:

ECR PREPARER CODE: 6221
PREP BY

OPERATOR ID: BA46WDC
TEL #:

INPUT DATE: 02/15/01
AUTH BY:

**Verizon ECR Turnaround Document**

NAME: Cahill,Michael
EMPLID: MC21050 COMPANY: Verizon New England Inc.
EMP STATUS: A CURRENT RC: A2K501160
JOB TITLE: CENTRAL OFFICE TECHNICIAN

EFF DATE: 04/29/01 08-26-01
ACTION: PAY
REASON: PRG

SEQ: 0
ACTION MODE: C
EXIT IND:

REG/TEMP: R
EMP CLASS:
FULL/PART: F

ORG UNIT: 4010925
JOB CODE: 500564
JSC: 021
SSG#:

SUPERVISOR ID: BA6LH3C
TEMP ASSIGN: N
EXP END DATE:
LOA RET DATE:

MANAGER IND: 0
FLSA: N
PAY
CYCLE: NET 3 - Weekly

SAL ADMIN PLAN: 50
CL/WAGE TBL: 02
SCA/UA: N

PAY CODE: 3103320
STEP: 6
STRUCT/ZONE: 1
FTE: 1.00

WORK STATE IND: MA
LOCATION CODE: 00M011
WORK LOCATION: 7 ELM STREET MALDEN

CO LOCATION:

STANDARD HRS: 40
SCHEDULED HRS: 40
SHIFT: 1
SHIFT FACTOR: 0
JOB SHARE: COMPRESS WORK WEEK:

DAILY SCHED HRS:

| | S | M | T | W | TH | F | S |
|---|---|---|---|---|---|---|---|
| CURRENT: | 0 | 8 | 8 | 8 | 8 | 8 | 0 |
| PROPOSED: | | | | | | | |

FLEXTIME: WORK AT HOME: WORK NEAR HOME: OTHER ARRANGMENTS:

NEXT PROG DATE: 10/30/01
SPEC TREAT DATE:
SPEC TREAT TYPE:
PIP AMT/DATE: 0.00
CPS AMT/DATE: 0.00
STA AMT/DATE: 0.00
TEMPORARY INCREASE: 0.00

AVE COMMISSION: 0.00
DAILY FARES: 0.00
RPPP AMOUNT: 0.00
NON STAND SAL IND: N
BASIC RATE: 463.50
STI AMT/DATE: 0.00
RESIDENCY DATE: 10/30/00
PERM COMPRATE: 463.50

CYCLE RATE: 463.50
COMP RATE: 463.50
SHIFT DIFF: 0.00
RATE CHANGE AMT: 58.00
RATE CHANGE PCT: 14.30

BEACON REP ID:
PERM JOB CODE: 500564

EARNINGS DISTRIBUTION (JFC/ENVIRO CODE/ADMIN AREA/PERCENT)
CURRENT: 4711 0 2000000 100

PROPOSED:

RESIDENCE ADDRESS: EFF DATE: 1900-01-01
ADDRESS 1: 14 SOUTH ST
CITY: SALEM
COUNTRY: USA
HOME PHONE #: 978/740-9887
OTHER HOME PHONE:

STATE: MA
INTL POSTAL:
NONPUB:
NONPUB: TYPE:

POSTAL: 01970
LOCALITY:

COMMENTS: Chance MacLeod 16062000

CONFIDENTIAL: N

WORK ADDRESS:
FLOOR #: 1
ROOM #:
CUBICLE #:
EMERGENCY CONTACT:
CONTACT NAME:
REMARKS:

MAIL DROP: NM0110101
WORK PHONE/EXT: 617/743-3516
FAX #:

BEEPER/PIN:

HOME PHONE:
WORK PHONE:

PAGER:
CELL:

ECR PREPARER CODE: 6221
PREP BY Linda Keane

OPERATOR ID: BASK1TZ
TEL #: 617-743-5242

INPUT DATE: 05/10/01
AUTH BY:

'erizon ECR Turnaround Document

IAME: Cahill,Michael
:MPLID: MC21050 COMPANY: Verizon New England Inc.
:MP STATUS: A CURRENT RC: A2K501160
IOB TITLE: CENTRAL OFFICE TECHNICIAN

EFF DATE: 08/05/01
ACTION: PAY
REASON: ANN

SEQ: 0
ACTION MODE: A
EXIT IND:

REG/TEMP: R
EMP CLASS:
FULL/PART: F

IRG UNIT: 4010925
IOB CODE: 500564
JSC: 021
3SG#:

SUPERVISOR ID: BA6LH3C
TEMP ASSIGN: N
EXP END DATE:
LOA RET DATE:

MANAGER IND: 0
FLSA: N
PAY
CYCLE: NET 3 - Weekly

SAL ADMIN PLAN: 50
CL/WAGE TBL: 02
SCA/UA: N

'AY CODE: 3103320
3TEP: 6
3TRUCT/ZONE: 1
'TE: 1.00

WORK STATE IND: MA
LOCATION CODE: 00M011
WORK LOCATION: 7 ELM STREET MALDEN

CO LOCATION:

3TANDARD HRS: 40
3CHEDULED HRS: 40
3HIFT: 1
3HIFT FACTOR: 0
JOB SHARE: COMPRESS WORK WEEK:

DAILY SCHED HRS:

| | S: | M: | T: | W: | TH: | F: | S: |
|---|---|---|---|---|---|---|---|
| CURRENT: | 0 | 8 | 8 | 8 | 8 | 8 | 0 |
| PROPOSED: | | | | | | | |

FLEXTIME: WORK AT HOME: WORK NEAR HOME: OTHER ARRANGMENTS:

IEXT PROG DATE: 10/30/01
3PEC TREAT DATE:
3PEC TREAT TYPE:
'IP AMT/DATE: 0.00
CPS AMT/DATE: 0.00
3TA AMT/DATE: 0.00
TEMPORARY
INCREASE: 0.00

AVE COMMISSION: 0.00
DAILY FARES: 0.00
RPPP AMOUNT: 0.00
NON STAND SAL IND: N
BASIC RATE: 477.50
STI AMT/DATE: 0.00
RESIDENCY DATE: 10/30/00
PERM COMPRATE: 477.50

CYCLE RATE: 477.50
COMP RATE: 477.50
SHIFT DIFF: 0.00
RATE CHANGE AMT: 14.00
RATE CHANGE PCT: 3.02

BEACON REP ID:
PERM JOB CODE: 500564

EARNINGS DISTRIBUTION (JFC/ENVIRO CODE/ADMIN AREA/PERCENT)
CURRENT: 4711 0 2000000 100

PROPOSED:

RESIDENCE ADDRESS: EFF DATE: 1900-01-01
ADDRESS 1: 14 SOUTH ST
CITY: SALEM
COUNTRY: USA
HOME PHONE #: 978/740-9887
OTHER HOME PHONE:

STATE: MA
INTL POSTAL:
NONPUB:
NONPUB: TYPE:

POSTAL: 01970
LOCALITY:

COMMENTS:

CONFIDENTIAL: N

WORK ADDRESS:
FLOOR #: 1
ROOM #:
CUBICLE #:

MAIL DROP: NM0110101
WORK PHONE/EXT: 617/743-3516
FAX #:

BEEPER/PIN:

EMERGENCY CONTACT:
CONTACT NAME:
REMARKS:

HOME PHONE:
WORK PHONE:

PAGER:
CELL:

ECR PREPARER CODE: 6221
PREP BY

OPERATOR ID: HRPGIRT
TEL #:

INPUT DATE: 08/07/01
AUTH BY:

VERIZON ECR TURNAROUND DOCUMENT

NAME: CAHILL,MICHAEL
EMPLID: MC21050 COMPANY: VERIZON NEW ENGLAND INC.
EMP STATUS: A CURRENT RC: A2K501160
JOB TITLE: CENTRAL OFFICE TECHNICIAN

EFF DATE: 08/26/01
ACTION: MDU
REASON: MDC

SEQ: 0
ACTION MODE: C
EXIT IND:

REG/TEMP: R
EMP CLASS:
FULL/PART: F

ORG UNIT: 4010925
JOB CODE: 500564
JSC: 021
SSG#:

SUPERVISOR ID: BA6LH3C
TEMP ASSIGN: N
EXP END DATE:
LOA RET DATE:

MANAGER IND: 0
FLSA: N
PAY
CYCLE: NET 3 - WEEKLY

SAL ADMIN PLAN: 50
CL/WAGE TBL: 02
SCA/UA: N

PAY CODE: 3103320
STEP: 6
STRUCT/ZONE: 1
FTE: 1.00

WORK STATE IND: MA
LOCATION CODE: 00M011
WORK LOCATION: 7 ELM STREET
MALDEN

CO LOCATION:

STANDARD HRS: 40
SCHEDULED HRS: 40
SHIFT: 1
SHIFT FACTOR: 0
JOB SHARE:

DAILY SCHED HRS:

| | S: | M: | T: | W: | TH: | F: | S: |
|---|---|---|---|---|---|---|---|
| CURRENT: | 0 | 8 | 8 | 8 | 8 | 8 | 0 |
| PROPOSED: | | | | | | | |

COMPRESS WORK WEEK: FLEXTIME: WORK AT HOME: WORK NEAR HOME: OTHER ARRANGMENTS:

NEXT PROG DATE: 10/30/01
SPEC TREAT DATE:
SPEC TREAT TYPE:
PIP AMT/DATE: 0.00
CPS AMT/DATE: 0.00
STA AMT/DATE: 0.00
TEMPORARY
INCREASE: 0.00

AVE COMMISSION: 0.00
DAILY FARES: 0.00
RPPP AMOUNT: 0.00
NON STAND SAL IND: N
BASIC RATE: 477.50
STI AMT/DATE: 0.00
RESIDENCY DATE: 10/30/00
PERM COMPRATE: 477.50

CYCLE RATE: 477.50
COMP RATE: 477.50
SHIFT DIFF: 0.00
RATE CHANGE AMT: 0.00
RATE CHANGE PCT: 0.00

BEACON REP ID:
PERM JOB CODE: 500564

EARNINGS DISTRIBUTION (JFC/ENVIRO CODE/ADMIN AREA/PERCENT)
CURRENT: 4711 0 2000000 100

PROPOSED:

RESIDENCE ADDRESS: EFF DATE: 1900-01-01
ADDRESS 1: 14 SOUTH ST
CITY: SALEM
COUNTRY: USA
HOME PHONE #: 978/740-9887
OTHER HOME PHONE:

STATE: MA
INTL POSTAL:
NONPUB:
NONPUB: TYPE:

POSTAL: 01970
LOCALITY:

COMMENTS:

CONFIDENTIAL: N

WORK ADDRESS:
FLOOR #: 1
ROOM #:
CUBICLE #:
EMERGENCY CONTACT:
CONTACT NAME:
REMARKS:

MAIL DROP: 1G0620000
WORK PHONE/EXT: 617/743-3516
FAX #:

BEEPER/PIN:

HOME PHONE:
WORK PHONE:

PAGER:
CELL:

ECR PREPARER CODE: 6221
PREP BY

OPERATOR ID: BAPSZJB
TEL #:

INPUT DATE: 09/07/01
AUTH BY:

**Verizon ECR Turnaround Document**

NAME: Cahill,Michael
EMPLID: MC21050 COMPANY: Verizon New England Inc.
EMP STATUS: A CURRENT RC: A2K501160
JOB TITLE: CENTRAL OFFICE TECHNICIAN

EFF DATE: 10/28/01
ACTION: PAY
REASON: PRG

SEQ: 0
ACTION MODE: A
EXIT IND:

REG/TEMP: R
EMP CLASS:
FULL/PART: F

ORG UNIT: 4010925
JOB CODE: 500564
JSC: 021
SSG#:

SUPERVISOR ID: BA6LH3C
TEMP ASSIGN: N
EXP END DATE:
LOA RET DATE:

MANAGER IND: 0
FLSA: N
PAY
CYCLE: NET 3 - Weekly

SAL ADMIN PLAN: 50
CL/WAGE TBL: 02
SCA/UA: N

PAY CODE: 3103320
STEP: 12
STRUCT/ZONE: 1
FTE: 1.00

WORK STATE IND: MA
LOCATION CODE: 00M011
WORK LOCATION: 7 ELM STREET
MALDEN

CO LOCATION:

STANDARD HRS: 40
SCHEDULED HRS: 40
SHIFT: 1
SHIFT FACTOR: 0
JOB SHARE: COMPRESS WORK WEEK:

DAILY SCHED HRS:
CURRENT: S: 0 M: 8 T: 8 W: 8 TH: 8 F: 8 S: 0
PROPOSED: S: M: T: W: TH: F: S:

FLEXTIME: WORK AT HOME: WORK NEAR HOME: OTHER ARRANGMENTS:

NEXT PROG DATE: 04/30/02
SPEC TREAT DATE:
SPEC TREAT TYPE:
PIP AMT/DATE: 0.00
CPS AMT/DATE: 0.00
STA AMT/DATE: 0.00
TEMPORARY
INCREASE: 0.00

AVE COMMISSION: 0.00
DAILY FARES: 0.00
RPPP AMOUNT: 0.00
NON STAND SAL IND: N
BASIC RATE: 546.00
STI AMT/DATE: 0.00
RESIDENCY DATE: 10/30/00
PERM COMPRATE: 546.00

CYCLE RATE: 546.00
COMP RATE: 546.00
SHIFT DIFF: 0.00
RATE CHANGE AMT: 68.50
RATE CHANGE PCT: 14.35

BEACON REP ID:
PERM JOB CODE: 500564

EARNINGS DISTRIBUTION (JFC/ENVIRO CODE/ADMIN AREA/PERCENT)
CURRENT: 4711 0 2000000 100

PROPOSED:

RESIDENCE ADDRESS: EFF DATE: 1900-01-01
ADDRESS 1: 14 SOUTH ST
CITY: SALEM
COUNTRY: USA
HOME PHONE #: 978/740-9887
OTHER HOME PHONE:

STATE: MA
INTL POSTAL:
NONPUB:
NONPUB: TYPE:

POSTAL: 01970
LOCALITY:

COMMENTS:

CONFIDENTIAL: N

WORK ADDRESS:
FLOOR #: 1
ROOM #:
CUBICLE #:
EMERGENCY CONTACT:
CONTACT NAME:
REMARKS:

MAIL DROP: 1G0620000
WORK PHONE/EXT: 617/743-3516
FAX #:

BEEPER/PIN:

HOME PHONE:
WORK PHONE:

PAGER:
CELL:

ECR PREPARER CODE: 6221
PREP BY

OPERATOR ID: HRPWPRO
TEL #:

INPUT DATE: 10/26/01
AUTH BY:

# Employee ..bsence/Tardiness Record (BA North)

G-550/1477

Year 2000

| Name | Social Security No. | Title | Work Location | Net Credited Service Date |
|---|---|---|---|---|
| CAHILL, MICHAEL W. | 033521050 | C.O. TECH | 125 HIGH ST RM314 BOSTON | 10/30/00 |
| **Residence - Street No./Name** | | **City** | **State** / **Zip Code** | **Telephone No.** |
| 14 SOUTH ST. | | SALEM | MA / 01970 | 978-740-9887 |

| Mo. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Absence Days | Absence Occ. | Tardy Occ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Lp.Yr | | | | | |
| M | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| M | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| J | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| J | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| S | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N | | | | | | | | | | H | | | | | | | | | | | | | H | | | | | | | | | 0 | 0 | 0 |
| D | | | | | | | | | | | | | | | | | | | | | X | HC4 | | | H | | | | | | | 0 | 0 | 0 |

| Total This Yr. | Days | Occ. | Tardy Occ. |
|---|---|---|---|
| YR 2000 | 0 | 0 | 0 |
| YR____ | | | |
| YR____ | | | |
| YR____ | | | |
| YR____ | | | |
| YR____ | | | |

No. Of Years Perfect Attendance

**Previous Year - Days Carried Over**

Vacation/Excused Work Days — Taken:

Holiday Occ. During Vacation

**Current Year Vacation**

5 days — Taken:

Paid Excused Whole Days — Taken

Paid Excused Half Days

Unpaid Excused Days

**Floating Holidays**

Taken: X X

Holidays Occ. During Vacation

| Taken: | Taken On: |
|---|---|
| | |

This Year Incidental/Disability & Other Absence

| Total Incidental Absence Days | Total Disability & Other Days |
|---|---|
| | |

**Carried Over To Next Year**

| Vacation/Excused Work Days | Holidays Occurred During Vacation | Total Days |
|---|---|---|
| 5/0 | | 5 |



# Employee Absence/Tardiness Record (Verizon North)

ORIGINAL

G-850/1477

verizon

Year 2001

| Name | Social Security No. | Title | Work Location | Net Credited Service Date |
|---|---|---|---|---|
| CAHILL, MICHAEL | 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 | COT | 7 ELM ST | 10.30.00 |

| Residence - Street No./Name | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|
| 14 SOUTH ST | SALEM | MA | 01970 | 978.740.9880 |

| Mo. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Absence Days | Absence Occ. | Tardy Occ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | H | | | | | | | | | | | | | | H | | | | | | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | | | | | | M | | | | | | | | | | Lp.Yr | ■ | ■ | 0 | 0 | 0 |
| M | | | | | | N | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 4hrs | I | | 1.5 | 1 | 0 |
| M | ~~H~~ | | | | | | | | | | | | | | | HF | | | | | | | I | V | V | V | V | | | X | ■ | 1 | 1 | 0 |
| J | V | | | V | | | | | | | | | | | | | | | | | | | | | | | | H | V | V | V | 0 | 0 | 0 |
| J | | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | ■ | 0 | 0 | 0 |
| A | | | | | | | | | | | | | | | | | | | | | | | | | | | NR | | | | | 0 | 0 | 0 |
| S | | | H | H | | | | | | | | | | | | | | | | | | | | | | | | NR | | | ■ | 8 | 0 | 0 |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ■ | | | |
| D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Previous Year - Days Carried Over**

| Vacation/Excused Work Days | Taken: | | | | |
|---|---|---|---|---|---|
| 5 | 5/16 | 4/24 | 4/25 | 4/26 | 4/27 |
| Holiday Occ. During Vacation | | | | | |

**Current Year Vacation**

| | Taken | | | | |
|---|---|---|---|---|---|
| 10 | 5/29 | 5/30 | 5/31 | 6/1 | 6/4 |

| Paid Excused Whole Days | Taken | |
|---|---|---|
| 4 | X | 9/24 |
| | 9/27 | 9/28 |
| Paid Excused Half Days | 8/22 | 9/23 |
| Unpaid Excused Days | | |

**Floating Holidays** 1

| Taken: | X | 4/16 |
|---|---|---|

**Holidays Occ. During Vacation**

| Taken: | Taken On: |
|---|---|
| | |

| Total This Yr. | | | |
|---|---|---|---|
| YR 01 | | | |
| YR 02 | 0 | 0 | 0 |
| YR___ | | | |
| YR___ | | | |
| YR___ | | | |
| YR___ | | | |
| No. Of Years Perfect Attendance | | | |

**Carried Over To Next Year**

| Vacation/Excused Work Days | Holidays Occurred During Vacation | Total Days |
|---|---|---|
| | | |

**This Year Incidental/Disability & Other Absence**

| Total Incidental Absence Days | Total Disability & Other Days |
|---|---|
| | |

# Employee Absence/Tardiness Record (Verizon North)

Copy — Loaned to Boston Aug–Dec

G650/1477 **verizon**

| Name | Social Security No. | Year 2001 / Title | Work Location | Net Credited Service Date |
|---|---|---|---|---|
| CAHILL, MICHAEL | 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 | COT | 7 ELM ST | 10.30.00 |

| Residence - Street No./Name | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|
| 14 SOUTH ST | SALEM | MA | 01970 | 978.740.9882 |

| Mo. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Absence Days | Absence Occ. | Tardy Occ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | H | | | | | | | | | | | | | | H | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| F | | | | | | | | | | | | | | | | | | | M | | | | | | | | | | Lp.Yr | | | 0 | 0 | 0 |
| M | | | | | | N | | | | | | | | | | | | | | | | | | | | | | | 4hrs | I | | 1.5 | 1 | 0 |
| A | | | | | | | | | | | | | | | | HF | | | | | | | I | V | V | V | V | | | X | | 1 | 1 | 0 |
| M | ~~#~~ | | | | | | | | | | | | | | | | | | | | | | | | | | | H | V | V | V | 0 | 0 | 0 |
| J | V | | | V | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 2 |
| J | | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 2 |
| A | | | | | | | | | | | | | | | | | | | | | | | | | | | AR | | | | | 0 | 0 | 2 |
| S | | | H | ~~H~~ | | | | | | | | | | | | | | | | | | | | | | | | AR | | | | 0 | 1 | 0 |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| N | | | | | | | | | | | | H | | | | | | | | | | H | NP sick | | | AP | NP | AP | | | | 0 | 0 | 0 |
| D | | | V | V | V | V | V | | | | | | | | | | | | | | | | | | H | | | X | | | | 0 | 0 | 0 |

**Previous Year - Days Carried Over**

Vacation/Excused Work Days: 5

Taken: 3/16, 4/24, 4/25, 4/26, 4/27

Holiday Occ. During Vacation: 

**Current Year Vacation**: 10

Taken: 5/29, 5/30, 5/31, 6/1, 6/4, 12/3, 12/4, 12/5, 12/6, 12/7

**Paid Excused Whole Days**: 4

Taken: X, 8/24, 8/27, 9/28

**Paid Excused Half Days**

Taken: 8/22, 8/23

**Unpaid Excused Days**

**Floating Holidays**: 1

Taken: X, 4/14

**Holidays Occ. During Vacation**

| Taken: | Taken On: |
|---|---|
| | |

**Total This Yr.**

| YR | Days | Occ. | Tardy |
|---|---|---|---|
| YR 01 | 2.5 | 1 | 0 |
| YR 00 | 0 | 0 | 0 |
| YR___ | | | |
| YR___ | | | |
| YR___ | | | |
| YR___ | | | |

No. Of Years Perfect Attendance

**Carried Over To Next Year**

| Vacation/Excused Work Days | Holidays Occurred During Vacation | Total Days |
|---|---|---|
| 0 | | 0 |

1 unpaid.

**This Year Incidental/Disability & Other Absence**

| Total Incidental Absence Days | Total Disability & Other Days |
|---|---|
| | |

# Employee Absence/Tardiness Record (Verizon North)

Copy

Covered to Boston Aug–Dec

G-6507/1477

verizon

Year 2001

| Name | Social Security No. | Title | Work Location | Net Credited Service Date |
|---|---|---|---|---|
| HILL, MICHAEL | 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 | COT | 7 ELM ST | 10.30.00 |

| Residence - Street No./Name | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|
| 14 SOUTH ST | Salem | MA | 01970 | 978.740.9882 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Absence Days | Absence Occ. | Tardy Occ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H | | | | | | | | | | | | | | H | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| | | | | | N | | | | | | | | | | | | | M | | | | | | | | | | Lp.Yr | | | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | HF | | | | | | | | | | | | | 4 hrs | I | | 1.5 | 1 | 0 |
| [illegible] | | | | | | | | | | | | | | | | | | | | | | I | V | V | V | V | | | X | | 1 | 1 | 0 |
| V | | | V | | | | | | | | | | | | | | | | | | | | | | | | H | V | V | V | 0 | 0 | 0 |
| | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| | | H | H | | | | | | | | | | | | | | | | | | | | | | | NR | | | | | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | NR | | | | 0 | 0 | 0 |
| | | | | | | | | | | | H | | | | | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| | | V | V | V | V | V | | | | | | | | | | | | | | H | BP SD | | | NP | NP | NP | | | | | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | H | | | | X | | | | 0 | 0 | 0 |

**Previous Year - Days Carried Over**

Vacation/Excused Work Days: 5

Taken: 3/6, 4/24, 4/25, 4/26, 4/27

Holiday Occ. During Vacation:

Carried Over To Next Year

Vacation/Excused Work Days: 0/0 | Holidays Occurred During Vacation | Total Days: 0

**Current Year Vacation**: 10

Taken:

| | | | | |
|---|---|---|---|---|
| 5/29 | 5/30 | 5/31 | 6/1 | 6/4 |
| 12/3 | 12/4 | 12/5 | 12/6 | 12/7 |

| Paid Excused Whole Days | Taken | |
|---|---|---|
| 4 | X | 8/24 |
| | 8/21 | 9/28 |
| Paid Excused Half Days | 8/22 | 8/23 |
| Unpaid Excused Days | | |

This Year Incidental/Disability & Other Absence

| Total Incidental Absence Days | Total Disability & Other Days |
|---|---|
| | |

**Floating Holidays** 1

Taken: X 4/14

Holidays Occ. During Vacation

| Taken: | Taken On: |
|---|---|
| | |

| Total This Yr. | Days | Occ. | Occ. |
|---|---|---|---|
| YR 01 | 2.5 | 1 | 0 |
| YR 00 | 0 | 0 | 0 |
| YR___ | | | |
| YR___ | | | |
| YR___ | | | |
| YR___ | | | |

No. Of Years Perfect Attendance

1 unpaid

# Employee Absence/Tardiness Record (Verizon North)

G-550/1477 **verizon**

Year 2002

| Name | Social Security No. | Title | Work Location | Net Credited Service Date |
|---|---|---|---|---|
| CAHILL, MICHAEL | 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 | CENTRAL OFFICE TECH | ~~7 ELM STREET - MALDEN, MA~~ 125 High St Bos | 10-30-00 |

| Residence - Street No./Name | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|
| 12 WHITE WOOD CIRCLE | AMESBURY | MA | 01913 | 478 388 9695 |

| Mo. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Absence Days | Absence Occ. | Tardy Occ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | H | | APX | ½ APX | | | | I | I | I | I | | | | | | | | | | | | | APX | | | | | | | | 4 | 1 | 0 |
| F | APX | | | | | | | | | | | | | | | | | | | ½ APX | ½ V | V | | | V | | | | Lp.Yr | | | 0 | 0 | 0 |
| M | X | | | | | V | V | V | | | | | | | | | | V | V | V | V | ½ APX ½ V | | | A | A | | | A | A | | 0 | 0 | 0 |
| A | A | A | A | A | A | | | | | | | | | | | | | | | | | | | | A | A | A | A | A | | | 0 | 0 | 0 |
| M | A | A | A | | ~~ANX~~ | ANX | | | | | | | | | | | | | | | | | | | | | H | | | | | 0 | 0 | 0 |
| J | | | | | | 3.0 A | FI | | | FI | FI | FI | FI | IBF | | | IBF | IBF | IBF | IBF | IBF | | | IBF | IBF | IBF | IBF | IBF | | | | 16 | 1 | 0 |
| J | IBF | IBF | IBF | IBF | IBF | | | IBF | IBF | IBF | IBF | IBF | | | IBF | IBF | IBF | IBF | IBF | | | IBF | IBF | IBF | IBF | IBF | | | IBF | IBF | IBF | 23 | 0 | 0 |
| A | IBF | IBF | | | IBF | IBF | IBF | IBF | IBF | | | IBF | IBF | IBF | IBF | IBF | | | IBF | IBF | IBF | IBF | IBF | | | IBF | IBF | IBF | IBF | IB | | 22 | 0 | 0 |
| S | | IB | IB | IB | IB | IB | | | IB | IB | IB | IB | IB | | | IB | IB | IB | IB | IB | | | IB | IB | IB | IB | IB | | | | | 20 | 0 | 0 |
| O | | | | | | | | 4.0 IA | T [illegible] | | | | | | I | | | | | | I | I | | I | I | | | | I | | | 6 | 3 | 0 |
| N | | | | I | I | DS | DS | DS | | | H | x | x | | I | | | I | ~~DS~~ | DS | DS | IB | | | IB | IB | IB | IB | IB | | | 16 | 1 | 0 |
| D | | IB | IB | IB | IB | IB | | | IB | IB | IB | IB | IB | | | IB | IB | IB | IB | IB | | | | | H | | | | | | | 15 | 0 | 0 |

**Previous Year - Days Carried Over**

Vacation/Excused Work Days: 1 ANX (0)

Taken:

Holiday Occ. During Vacation:

**Current Year Vacation**

10

Taken: 2/21, 2/22, 3/6, 3/7, 3/8, 3/25, 3/18, 3/19, 3/20, 3/21

| Paid Excused Whole Days | Taken | |
|---|---|---|
| 4 | 1/3 | 1/24 |
| | 2/1 | X |

| Paid Excused Half Days | Taken | |
|---|---|---|
| | 1/4 | 2/20 |
| | 3/22 | X |

Unpaid Excused Days: 5/6

**Floating Holidays**

Taken: X

Holidays Occ. During Vacation

| Taken: | Taken On: |
|---|---|

| Total This Yr. | Absence Days | Absence Occ. | Tardy Occ. |
|---|---|---|---|
| YR 02 | 122 | 6 | 0 |
| YR 01 | 2 | 1 | 0 |
| YR 00 | 0 | 0 | 0 |
| YR ___ | | | |
| YR ___ | | | |
| YR ___ | | | |

No. Of Years Perfect Attendance:

**Carried Over To Next Year**

| Vacation/Excused Work Days | Holidays Occurred During Vacation | Total Days |
|---|---|---|
| | | |

This Year Incidental/Disability & Other Absence

| Total Incidental Absence Days | Total Disability & Other Days |
|---|---|
| | |

FMLA Time Infebnet on here