UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-CV-11986MEL

W. Michael Cahill, Pro-Se
    Plaintiff,
v.

Verizon (New England), et at.
Local 2222 IBEW
Defendant

## PLAINTIFFS' MEMORANDUM OF FACTS IN OPOSITION TO TO MOTION TO DISMISS/ LEAVE

The Defendants never recogninzed the change in the Plaintiffs status from Full time Regular to Temporary, until the recall in July of 2003. The first act of discrmination did not occur until the Plaintiff was not called back to work with all of the other 3500 employees. Both defendants denied that there was a status change and this is documented as early as October of 2002 [1] and the change was not admitted until August 26,2004 (as a clerical error.) Payroll reports provided by the defendant prove in fact the Plaintiff was full time regular and that there was no authorized change to change him to a Temporary employee. The only temporary change that should have been done to the Plaintiff was a "Temporary" transfer to Boston as noted on the 1477 on December 28, 2001. Per Payroll documents he was transferred as a "Full time Regular Employee."

**Plaintiffs Claim is Time Barred**

The Plaintiff had no reason to pursue this wrongful termination in December 2002 because the Federal Arbitrators were pursing the wrongful layoff for 3500 employees

---

[1] Email from Satuane N. Scott to Lisa M. Cahill, dated October 18, 2002. States the Plaintiffs status was never changed, "No changes in status". See payroll documents stating full time regular.

that included the Plaintiff. The Plaintiff was laid off with all Regular Full Time Employees. It was not until the Federal Arbitrators Ruling in July 2003 that the Plaintiff was impacted by a "Clerical Error". During the Plaintiffs employment with Verizon he was treated as a full time regular employee. Management made him full time regular and as a result his temporary status was changed to full time regular in all payroll documents and he was given full time regular benefits such as vacation time, and 401K match. After the recall and all associates were recalled back to work with a report date of July 31,2003, and the Plaintiff was not recalled the Plaintiff tried to numerous times contact Edward Fitzpatrick and Myles Calvey. When there was no response the Plaintiff contacted the Defendant Verizon on October 27, 2003, November 12, 2003, November 25, 2003, December 8, 2003, and December 16, 2003 within the 6 month statue of limits of when the Defendants Verizon were forced to recall all wrongfully laid off Verizon Employees. The Plaintiff also contacted the Defendant the Union and in Myles Clavey email dated February 24, 2004 he admits that the last time that there was a group of Temps made permanent was during negotiations in 2000, and per payroll documents provided by the defendant this is when the Plaintiff was made full time regular. All other associates that were made full time regular in 2000 were recalled per the arbitrators ruling in July 2003. This is the first instance where the Plaintiff has been retaliated against for his FMLA history and his Disability, and this is the first time that the Plaintiff was impacted by this clerical error. Per the CBA all full time regular employees were laid off on December 27, 2002 and this included the Plaintiff. There was an error and error that changed the status of the Plaintiff as a full time regular employee to a temporary one. A life changing error for the Plaintiff. In payroll reports provided by the defendant Verizon there is no report authorizing this change and in the Plaintiffs file there is no documentation notifying the Plaintiff that his status was changed from Full Time Regular to Temporary. In April of 2002 when the Plaintiff returned from his approved care of

new born care leave (see documented approval on 1477 2002) the birth of his son management (Thomasine Williams, Ellen) told the Plaintiff that his incorrect status as a temporary employee would be corrected, and when he was laid off per the CBA on December 27, 2002 it appeared that it had been corrected.  The CBA definition of a "Regular Employee G33.04 A regular employee is one who is engaged for the usual activities of the business and whose employment is reasonably expected to continue for longer than one year, ..." Management (G11.01) utilized there rights and made the Plaintiff Full Time Regular in 2000 and the Plaintiffs employment lasted over 2 years, and would be current if the Defendant did not make a "Clerical Error."

The clock should begin on the admittance of Verizon in August of 2004.  Because the defendants were working together the Plaintiff could not prove his status change without this admittance.

**The Defendant was on Approved FMLA Leave**

**FMLA Coverage**

The Definition for an eligibile employee to take a leave under FMLA.  An elgibile employee is an employee or a covered employer.  The Plaintiff was employed by the Defendat Verizon for more then 12 months and had worked more then 1250 hours, under the Fair Labor Standards Act  (See 1477).  The Defendant Verizon worksite employees more then 50 employees within 75 miles of there worksite.  The Defendant confimred elegibility and the Plaintiff was approved (See Feb 25, 2002) .  The Payroll Documents submitted by Verizon are incorrect, they show the Plaintiff on a vacation time while he was out on approved FMLA (see letter of approval), there is several other mistakes on the 1477 as the Plaintiff was only to be scheduled Monday through Friday, and there appears to be several "whiteout" marks as well.  The 1477 provided from

Verizon proves that the Plaintiff was out on approved CNC leave. The Plaintiff was in fact coverered by FMLA, and there is no written documentation that Verizon denied the leave, but there is written documentation that the leave was approved. An Employee may take up to 12 workweeks of leave during any 12-month period for one or more of the following reasons:

    The birth of a child, and to care for thenewborn child;) To care for the employee's spouse, son,daughter, or parent with a serious health condition; and

Because a serious health condition makes the employee unable to perform one or more of the essential functions of his or her job.

Being an "eligible" employee under the FMLA leave the Defendant must maintain the employee's existing level of coverage under a group health plan. At the end of FMLA leave, an employer must take an employee back into the same or an equivalent job. Under both ADA and FMLA, the employee is entitled to return to the same job unless the employer demonstrates that holding the job open would impose an undue hardship.

If the Plaintiff was considered temporary then the Defendants violated the contract section (Article G30) Filling Vacancies. In supporting documents from the Defendant Verizon confirming that in fact on the date of hire of 4/30/01 (i.e. Shon Williams, and several others) when several off the street CO Techs were hired that in fact the Plaintiff was full time regular. If he were not then he would have been able to pursue one of the full time regular positions per the contract (G30.06)

The Defendant further recognized that the Plaintiff was Full Time Regular when they granted him Vacation time in 2000. See Eligibility guidelines for a Temporary Employee. A Temporary Employee needs to work 130 days during the current vacation year in

order to receive vacation time. The Plaintiff was given 1 week's vacation in 2000; see 1477 provided by the defendant Verizon.

The Defendants further recognized that the Plaintiff was fulltime regular through the Work Force Adjustment Plan (G25). If the Defendants followed the CBA then the Plaintiff would have been work completed on or before November 27, 2002. "If the implementation of the above steps does not eliminate the surplus resulting from an external event and if at least 30 days has elapsed from the notification of a surplus pursuant to this Article, the company shall lay off employees as provided for in the layoff provisions in this Labor Agreement." See the Unions response to original complaint, that if the Plaintiff was Temporary he would have been laid off before all full time regular associates.

The Defendants recognized the Plaintiff as a full time regular employee, and chose not to recall him in July of 2003, because of his disability, and FMLA work history. Supporting documents that the Defendant Verizon has provided prove that the Plaintiff was in fact full time regular and was laid off with all full time regular employees, and all other Full Time Regular associates that were made Full Time Regular in 2000 are back to work. The Defendants Personnel documents do not contain FMLA leave in February 2002; there are several missing Payroll reports, and inconsistencies in the Plaintiffs file.

**Conclusion**

Both Defendants recognized the Plaintiffs full time regular status when the laid him off on December 27, 2002 along with all full time regular employees, and because the Defendants were aware of the Plaintiffs FMLA, Disability and Opiate addiction they chose not to call him back a violation of the federal arbitrators ruling.

# Verizon
## Absence Reporting Center

03/20/2002

MICHAEL CAHILL
12 White Wood Cir
Amesbury MA 01913

Re.: Absence of **02/25/2002**                                                              033521050

Dear Michael Cahill

The absence for the period indicated above has been approved for FMLA leave. This absence will not be subject to the provisions of the Absence Control Plan, unless it exceeds the duration of your remaining FMLA entitlement.

While this absence has been approved for FMLA leave, you may or may not be entitled to payment under the Company's benefit policies and programs.

cc: FMLA_K0Q501000

# Employee Absence/Tardiness Record (BA North)

**Year** 2000

| Field | Value |
|---|---|
| Name | CAHILL, MICHAEL W. |
| Social Security No. | 033521050 |
| Title | C.O. TECH |
| Work Location | 125 HIGH ST RM314 BOSTON |
| Residence - Street No./Name | 14 SOUTH ST. |
| City | SALEM |
| State | MA |
| Zip Code | 01970 |
| Telephone No. | 978-740-9887 |
| Net Credited Service Date | 10/30/00 |

Form: G-5501477



# EMPLOYEE ABSENCE/TARDINESS RECORD (BA North)

| Date Abs/Tardy | Day of Occur | Reason for Absence or Tardiness | Investigation, Interview Details and Action Taken | Contact | Name, Title and Date |
|---|---|---|---|---|---|
| | | | | 12-21 [signature] | [signature] |

**CONTINUE ON G-550-A/1477A**

### Incidental Absence

**T** Tardy    **V** Vacation    **X** Personal Time or EWD/MPD    **H** Holiday (Designated)    **F** Holiday (Floating)    **R** Restricted Duty

**Paid**
- DS = Dept. Sickness (1-7 Days)
- DSA = Dept. Sickness Off Duty Accident
- APA = Half Day Due To On The Job Accident
- APS = Half Day Due To Illness
- APD = Half Day Due To Off Duty Accident

**Not Paid**
- AA = Half Day Due To Illness, Off Duty Accident & Other
- I = Illness, Off Duty Accident (1-7 Days)
- FA = Authorized Leave Of Absence For Care Of Family (1-7 Days)

✛ = FMLA

### Disability & Other Absence

- IB = Illness Benefits
- IBA = Illness Benefits Off Duty accident
- IBP = "IB" Beyond 6 Months
- IBE = "IBA" Beyond 6 Months
- AC = Accident Benefits
- ACP = "AC" Beyond 6 Months Thru 52 Weeks
- ACN = "ACP" Over 52 Weeks
- ACR = Accident Benefits-Relapse
- APB = Other Absence Not Paid
- AB = Other Absence Not Paid
- FB = Other Authorized Absence Not Paid

G-550(1477)
REVERSE SI

# Employee Absence/Tardiness Record (Verizon North)

**Name:** CAHILL MICHAEL
**Social Security No.:** 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
**Title:** CPT
**Work Location:** 7 ELM ST
**Year:** 2001

**Residence - Street No./Name:** 14 SOUTH ST
**City:** SALEM
**State:** MA
**Zip Code:** 01970
**Telephone No.:** 978-745-3462

**Net Credited Service Date:** 6/3/62

ORIGINAL

| Mo. | Day: 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Absence Occ. | Days Occ. | Tardy Occ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | H |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | La.Yr | | | H | | |
| F |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 1.5 | 1 | 0 | | | |
| M |  |  |  |  |  |  |  |  |  |  |  |  |  |  | H |  |  |  |  |  |  |  |  |  |  |  |  |  | X | 1 | 0 | | | |
| A |  |  |  | H |  |  |  |  |  |  |  |  |  |  | HF |  |  |  |  |  |  |  |  | V | V | V |  | H | V | V |  | | | |
| M | H |  |  | V |  |  |  |  |  |  |  |  |  |  |  |  |  |  | M |  |  |  |  |  |  |  | M |  |  |  | | | | |
| J |  |  |  | H |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | | | | |
| J | V |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | | | | |
| A |  |  |  | H |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | | | | |
| S |  |  |  |  |  | N |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | | | | |
| O |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | | | | |
| N |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | | | | |
| D |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | | | | |

**Previous Year - Days Carried Over**
Vacation/Excused Work Days Taken: 25
Holiday Occ. During Vacation:

**Current Year Vacation**
Taken: 10
5/29 5/30 5/31 6/1 6/4 6/5 6/6 6/7 6/8

**Paid Excused Whole Days**
Taken: 4
9/24 9/25 9/26 9/27

**Paid Excused Half Days**
9/27 9/28
9/22 9/23

**Unpaid Excused Days**

**Floating Holidays**
Taken: X 4/14
Holidays Occ. During Vacation Taken On:

**Carried Over To Next Year**
Vacation/Excused Work Days | Holidays Occurred During Vacation | Total Days

This Year Incidental/Disability & Other Absence
Total Incidental Absence Days | Total Disability & Other Days

Total This Yr.
YR ___ YR ___ YR ___ YR ___ YR ___ YR ___

No. Of Years Perfect Attendance

11/26 – 11/28 NP – Death in family – Grandfather – LC.

Employee has been abs. To Boston CHSC – used 4 months of FMLA

12-28 Reviewed Attendance
Daniel M. Bradley

1/9/02 Reviewed & noted 1477 Frank J. Guerra

# EMPLOYEE ABSENCE/TARDINESS RECORD (Verizon North)

| Date Abs/Tardy | Day of Occur | Reason for Absence or Tardiness | Investigation, Interview Details and Action Taken | Contact | Name, Title and Date |
|---|---|---|---|---|---|
| 7/30/01 | | | FMLA Denied - Did not work 12 mos | | Kenneth W. Funhauser |
| 8/23/01 | Mon | | FMLA Denied - Did not work 12 mos. | | Daniel W. Bradley 4:30 |

**Tardy**      V Vacation      X Personal Time or EWD/MPD      H Holiday (Designated)      F Holiday (Floating)      R Restricted Duty

CONTINUE ON G-550-A/1477A

### Incidental Absence

**Paid**
- APS = Half Day Due To Illness
- APD = Half Day Due To Off Duty Accident

**Not Paid**
- AA = Half Day Due To Illness, Off Duty Accident & Other
- I = Illness, Off Duty Accident (1-7 Days)

**Not Paid**
- FA = Authorized Leave Of Absence For Care Of Family (1-7 Days)

* = FMLA

**Paid**
- D = Dept. Sickness (1-7 Days)
- DS = Dept. Sickness Off Duty Accident
- DA = Dept. Sickness Due To On The Job Accident
- APA = Half Day Due To On The Job Accident

### Disability & Other Absence

- IB = Illness Benefits
- IBA = Illness Benefits Off Duty accident
- IBP = "IB" Beyond 6 Months
- IBE = "IBA" Beyond 6 Months
- AC = Accident Benefits
- ACP = "AC" Beyond 6 Months Thru 52 Weeks
- ACN = "ACP" Over 52 Weeks
- ACR = Accident Benefits-Relapse
- APB = Other Absence Not Paid
- AB = Other Absence Not Paid
- FB = Other Authorized Absence Not Paid

G-550/1477
REVERSE SIDE

# Employee Absence/Tardiness Record (Verizon North)

| Name: CHILLES MICHAEL | Social Security No. 033 52 1050 | Title COT | Year 2001 |
|---|---|---|---|
| Residence - Street No./Name 14 SOUTH ST | City SALEM | State MA | Zip Code 01970 |
| | | Work Location 7 BOW ST | Telephone No. 978-744-3432 |
| | | | Net Credited Service Date 9/28/92 |

| Mo. \ Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Absence Days Occ. | Tardy Occ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| M | | | | | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| M | | | H | H | | | | | | | | | | H | | | | | | | | | | | | | | | | | | | |
| J | V | V | H | | | | | | | | | | | HF | | | | M | | | | | | | | | H | | | | | | |
| J | | | | | | | | | | | H | | | | | | | | | | | | | | | | | | | | | | |
| A | | | | | | | | | | | | | | | HF | | | | | | | | | | | | | | | | | | |
| S | | | V | V | | V | | | | | | | | | | | | | | | | | I | V | V | V | H | | 1.5 | 1 | 0 | | |
| O | | | V | V | V | V | | | | | | | | | | | | | | | | | V | V | V | V | H | AP AP | YES 1 | X | | | |
| N | | | | | | | | | | | | | | | | | | | | | H | AP | AP | H | AP | AP | AP | X | V V | V V | | | |
| D | | | | | | | | | | | | H | | | | | | | | | | | | | | | | X | | | | | |

**Previous Year - Days Carried Over**
Vacation/Excused Work Days: 5
Taken: 5/10 5/24 4/5 4/6 4/2 3/17

Holiday Occ. During Vacation: [ ]

Carried Over To Next Year
Vacation/Excused Wrk.Days

**Current Year Vacation**
Taken: 5/29 5/30 5/31 6/1 6/4 5/2 6/3 5/4 5/5 8/6 6/7

Vacation: 10

Holidays Occurred During Vacation

Total Days 10

**Paid Excused Whole Days**
Taken: 4
8/27 8/28 9/22 8/23 9/24

**Paid Excused Half Days**
Taken:

**Unpaid Excused Days**
This Year Incidental/Disability & Other Absence
Total Incidental Absence Days | Total Disability & Other Days

**Floating Holidays**
Taken: X 7/4/03
Taken On:

Holidays Occ. During Vacation
Taken: 

| Total This Yr. | YR | YR | YR | YR | YR | YR |
|---|---|---|---|---|---|---|

No. Of Years Perfect Attendance

1 unpaid

11/26 – 11/28 NP – Death in family – Grandfather – LC.
Employee has been out. To Boston CMC - lost 4 months of FYR.

12-28 Reviewed at Andover
Daniel W Brealey

1/9/02 Reviewed & noted 14JJ Frank J Guccia

# Employee Absence/Tardiness Record (Verizon North)

**Name:** CAHILL, MICHAEL
**Social Security No.:** 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
**Title:** CENTRAL OFFICE TECH
**Work Location:** 125 MAIN ST BOS / 7 ELM STREET - MALDEN, MA
**Net Credited Service Date:** 10-30-00
**Residence - Street No./Name:** 12 WHITE WOOD CIRCLE
**City:** AMESBURY
**State:** MA
**Zip Code:** 01913
**Telephone No.:** 978.388.9695
**Year:** 2002

| Mo. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Days Absence Occ. | Tardy Occ. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | H | APX | APX APX | | | | | | | | | | | | | | | | | | | | | APX | | | | | | | | 4 | 1 | 0 |
| F | APX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| M | X | | | | V | V | V | V | | | | | | | | | | | | 1/2 APX V | 1/2 APX V | 1/2HR V | | V | V | | | | | | | | | |
| A | A | A | A | A | A | | | | | | | | | | | | | | V | V | | | | | A | A | A | A | A | A | | | | |
| M | A | A | A | A | APX APX | 3.0 A | FI | 4.0 HA 5× | | | | | | | | | | | | | | | | | A | A | A | A | A | A | A | 16 | 1 | 0 |
| J | 16F | 16F | 16F | 16F | 16F | | FI | 16F | 16F | FI | FI | FI | FI | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | | | | 16F | 16F | 16F | 16 | | 20 | 0 | 0 |
| J | 16F | 16F | 16F | 16F | 16F | | FI | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 20 | 0 | 0 |
| A | 16F | 16F | 16F | 16F | 16F | | | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | | | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 16F | 23 | 0 | 0 |
| S | 16F | 16F | 16F | | | | | 16F | 16F | 16 | 16 | | | 16F | 16F | 16F | 16 | 16 | DD DD | DD DD 16 | I | I | 16F | I | 16F | 16F | 16F | 16F | | | | 16 | 1 | 0 |
| O | | I | I | | | | DS | DS | 16 | H | X | X | | I | I | 16 | 16 | 16 | 16 | I | I | I | | I | I | 16 | | | | | | 6 | 3 | 0 |
| N | | | I | I | DS | DS | DS | | | | | | | | | | | | | | | | | | | | | | I | | | 6 | 1 | 0 |
| D | 16 | 16 | 16 | 16 | 16 | 16 | | | 16 | 16 | | 16 | 16 | | | 16 | 16 | 16 | 16 | 16 | 16 | | | | 16 | 16 | 16F 16F 16F | 16F | 16F | 16 | | 15 | 0 | 0 |

**Previous Year - Days Carried Over**
Vacation/Excused: 
Work Days: 100 X
Taken: 

Holiday Occ. During Vacation: ⊘

Carried Over To Next Year
Vacation/Excused Work Days
Holidays Occurred During Vacation
Total Days

**Current Year Vacation**
Taken: 2/24 2/25 3/8 3/11 3/22 3/6 3/13 3/19 3/7 3/20 3/8 3/21

**Paid Excused Whole Days** Taken: 4 — 1/3 4/24
**Paid Excused Half Days** Taken: 3/1 1/4 2/30 3/22
**Unpaid Excused Days:** 5/6

This Year Incidental/Disability & Other Absence Days
Total Incidental Absence Days / Total Disability & Other Days

**Floating Holidays** Taken: ⊠
Holidays Occ. During Vacation: Taken On: Taken:

**Total This Yr.:**
YR 02 122 6
YR 02 1 0
YR — —

No. Of Years Perfect Attendance

*Cml aTime Infoout on now*

G-550/1477
verizon

G-550/1
REVERSE S

# EMPLOYEE ABSENCE/TARDINESS RECORD (Verizon North)

| Date Abs/Tardy | Day of Occur | Reason for Absence or Tardiness | Investigation, Interview Details and Action Taken | Contact | Name, Title and Da.. |
|---|---|---|---|---|---|
| 1-8 Thru 1-11 | TUE | Sick Flu | | 3-1 Personal | [signature] |
| | | | Returning to 125 High ST Boston On 3-1-02 | | |
| 3-25 Thru 4-02 | MON | 3-25-02 | Mike's wife had a new baby + he filed for one and given the week to stay home + help care for the new child and will be out till Tues 4/2/02 | | G. Thomas |
| 4-29-02 | MON | Family Emergency | Mike Child calling in the day off due to a family emergency he left VMS for me @ 7:30 A.M. | | G. Thomas |
| 4-30-02 | TUES | | Mike called + left VMS to advise called the Absence Reporting Center + FMLA for newborn absence. | | G. Thomas |
| 5-6-02 | MON | Medical leave of newborn | Mike called in + due to go Children Hospital w/new baby for tests | | G. Thomas |

CONTINUE ON G-550-A/1477A

|| Tardy    V Vacation    X Personal Time or EWD/MPD    H Holiday (Designated)    F Holiday (Floating)    R Restricted Duty

### Incidental Absence

| Paid | Not Paid |
|---|---|
| APS = Half Day Due To Illness | AA = Half Day Due To Illness, Off Duty Accident & Other |
| APD = Half Day Due To Off Duty Accident | I = Illness, Off Duty Accident (1-7 Days) |
| | FA = Authorized Leave Of Absence For Care Of Family (1-7 Days) |

-∅- = FMLA

### Disability & Other Absence

| Paid | | Not Paid | |
|---|---|---|---|
| DS = Dept. Sickness (1-7 Days) | IBE = "IBA" Beyond 6 Months | ACN = "ACP" Over 52 Weeks | AB = Other Absence Not Paid |
| DSA = Dept. Sickness Off Duty Accident | AC = Accident Benefits | ACR = Accident Benefits-Relapse | FB = Other Authorized Absence Not Paid |
| APA = Half Day Due To On The Job Accident | ACP = "AC" Beyond 6 Months Thru 52 Weeks | APB = Other Absence Not Paid | |
| IB = Illness Benefits | | | |
| IBA = Illness Benefits Off Duty accident | | | |
| IBP = "IB" Beyond 6 Months | | | |



**Bell Atlantic** - Absence and Tardiness Record - Interview Details

Name: Mike Cahill    S.S. #:    Year:

| Date Abs/Tardy | Day of Occurrence | Reason for Absence or Tardiness | Investigation, Interview Details and Action Taken | Contact | Name, Title and Date |
|---|---|---|---|---|---|
| 5/29 | | | Had group meeting which Mike was present at and explained what was to be logged on the phone by 8:00am and log off no later than 5pm. All present understood. | | Paul Ford 5/29 |
| 6/6 | Thurs | Medical Emergency | Mike's wife had a medical emergency. His relatively had a heart attack + had problems w/ surgery. Which he had to shuttle the little kids when they were w/ baby sitter. Mike had to leave + he arrived at the hospital + the day of incident I supervised on duty filled this in. | 6/6 | J Thomaswilli... DLC |
| 6/7 | Fri | | Mike called out. The above reported don't qualify us a left was delivered Qualifying for FMLA - pending Note if rite abt bag | | A Thomaswilliam Al Thomaswilliam Paul Ford Teamleader |
| 10/9/03 | | | 20 minutes late today and the previous day. Had meeting w/ Mike, Steward, Tim Jackson + myself. Retreived Mike to work and explained FMLA procedure. | | Paul Ford |

| Date Abs / Tardy | Day of Occurence | Reason for Absence or Tardiness | Investigation, Interview Details and Action Taken | Contact | Name, Title and Date |
|---|---|---|---|---|---|
| 11/12 | | | Meeting was held with Michael, | | |
| | | | myself, and Steward John Jackson. | | Robert M. Pascalle |
| | | | Placed Michael on verbal | | Team Leader |
| | | | warning for attendance. Explained | | |
| | | | absence policy and he understood. | | |
| 11/13 | | | Spoke to Mike about his | | Robert M. Pascalle Team Leader |
| | | | 45 minute break. | | |
| 12/4 | | | Mike's disability has | | |
| | | | been certified thru 12/15 | | |
| | | | Mike is out of FMLA time | [signature] | |

G550A / 1477A (9/94) **Reverse**