UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

W.Michael Cahill
           Plaintiff(s)

v.                                    CIVIL ACTION NO. 04-11986-MEL

Verizon, System council T6, and
Local 2222 IBEW
           Defendant(s)

**JUDGMENT IN A CIVIL CASE**

LASKER.S.D.J.

**G**   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED :**

In accordance with the Order of Endorsement dated January 4, 2005. The motions of the defendants Verizon Systems Council T6, and Local 2222 IBEW for dismissal of the complaint for failure to state a claim is GRANTED. The Complaint is Dismissed.

TONY ANASTAS,
CLERK OF COURT

Dated: January 13, 2005                    By /s/ George H. Howarth
                                              Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                                [jgm.]

Case 1:04-cv-11986-MEL     Document 24     Filed 01/13/2005     Page 2 of 2