UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

W. Michael Cahill

V.                                   CASE NO. 04-CV-11986mel

Verizon, et al, Local 2222 IBEW

### NOTICE OF APPEAL

Notice is hereby given that __W Michael Cahill__ above named, hereby appeals from the __Motion to Dismiss__ entered in the above entitled action on __2/14/05__.

__3/14/05__
Date

W Michael Cahill
3/14/05