# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11986

W. Michael Cahill

v.

Verizon, et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original electronic copies and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/14/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 6, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/6/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11986-MEL

Cahill v. Verizon
Assigned to: Judge Morris E. Lasker
Cause: 29:160(1) National Labor Relations Act

Date Filed: 09/13/2004
Jury Demand: None
Nature of Suit: 790 Labor: Other
Jurisdiction: Federal Question

**Plaintiff**

**W. Michael Cahill**  represented by  **W. Michael Cahill**
12 Whitewood Circle
Amesbury, MA 01913
978-388-4405
PRO SE

V.

**Defendant**

**Verizon**  represented by  **Arthur G. Telegen**
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210
617-832-1000
Fax: 617-832-7000
Email: atelegen@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Matthew L. Adams**
Foley, Hoag, and Eliot
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-3050
Fax: 617-832-7000
Email: madams@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Wendy M. Bittner**
Law Offices of Wendy M. Bittner
15 Court Square
Suite 300
Boston, MA 02108
617-624-0200
Fax: 617-624-0278
Email: wendymbittner@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

**System Council T6/Local 2222 IBEW**  represented by  **Wendy M. Bittner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 09/13/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by W. Michael Cahill.(Jenness, Susan) (Entered: 09/15/2004) |
| 09/13/2004 | 2 | COMPLAINT Filing fee: $ 0.00, receipt number 0.00, filed by W. Michael Cahill.(Jenness, Susan) (Entered: 09/15/2004) |
| 09/13/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 09/15/2004) |
| 09/15/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 09/15/2004) |
| 09/27/2004 | 3 | Judge Morris E. Lasker : ORDER entered granting 1 the Motion for Leave to Proceed in forma pauperis. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States. (Weissman, Linn) (Entered: 09/28/2004) |
| 09/28/2004 | | Summons Issued as to System Council T6/Local 2222 IBEW and Verizon. (Weissman, Linn) (Entered: 09/28/2004) |
| 10/01/2004 | 4 | SUMMONS Returned Executed Verizon served on 10/1/2004, answer due 10/21/2004. (Howarth, George) (Entered: 10/06/2004) |
| 10/18/2004 | 5 | ANSWER to Complaint by System Council T6/Local 2222 IBEW, Verizon.(Howarth, George) (Entered: 10/25/2004) |
| 10/18/2004 | 7 | US Marshal Process Receipt and Return for Summona and Complaint. System T6 Council Local 2222 served Delivered on 09/30/04 (Howarth, George) (Entered: 10/26/2004) |

| 10/21/2004 | 6 | MOTION for More Definite Statement by Verizon. (Howarth, George) (Entered: 10/26/2004) |
| --- | --- | --- |
| 10/26/2004 | 8 | RESPONSE to Motion re 6 MOTION for More Definite Statement filed by W. Michael Cahill. (Howarth, George) (Entered: 10/27/2004) |
| 10/26/2004 | 9 | Response by W. Michael Cahill to Defendant's responce. (Howarth, George) (Entered: 10/29/2004) |
| 11/03/2004 | 10 | Judge Morris E. Lasker : ELECTRONIC ORDER entered granting 6 Motion for More Definite Statement. For full text see docket #10. (Howarth, George) (Entered: 11/04/2004) |
| 11/09/2004 | 11 | AMENDED COMPLAINT against System Council T6/Local 2222 IBEW, Verizon , filed by W. Michael Cahill.(Howarth, George) (Entered: 11/10/2004) |
| 11/29/2004 | 14 | MOTION to Dismiss by System Council T6/Local 2222 IBEW.(Howarth, George) (Entered: 12/02/2004) |
| 11/29/2004 | 15 | MEMORANDUM in Support re 14 MOTION to Dismiss filed by System Council T6/Local 2222 IBEW. (Howarth, George) (Entered: 12/02/2004) |
| 11/29/2004 | 16 | ANSWER to Amended Complaint by System Council T6/Local 2222 IBEW.(Howarth, George) (Entered: 12/02/2004) |
| 11/30/2004 | 12 | MOTION to Dismiss for failure to state a claim.by Verizon.(Howarth, George) Modified on 12/2/2004 (Howarth, George). (Entered: 12/01/2004) |
| 11/30/2004 | 13 | MEMORANDUM in Support re 12 MOTION to Dismiss filed by Verizon. (Howarth, George) (Entered: 12/01/2004) |
| 11/30/2004 | 17 | Opposition re 12 MOTION to Dismiss filed by W. Michael Cahill. (Howarth, George) (Entered: 12/02/2004) |
| 12/06/2004 | 18 | MEMORANDUM of Facts in Opposition (With |

|  |  |  |
|---|---|---|
|  |  | Attachments not scanned) re 12 MOTION to Dismiss, 14 MOTION to Dismiss filed by W. Michael Cahill. (Howarth, George) Modified on 12/7/2004 (Howarth, George). (Entered: 12/07/2004) |
| 12/17/2004 | 19 | REPLY to Response to Motion re 12 MOTION to Dismiss, 14 MOTION to Dismiss filed by System Council T6/Local 2222 IBEW, Verizon. (Howarth, George) (Entered: 12/21/2004) |
| 12/22/2004 | 21 | MEMORANDUM in Opposition re 12 MOTION to Dismiss filed by W. Michael Cahill. (Howarth, George) (Entered: 01/04/2005) |
| 12/27/2004 | 20 | MOTION for Leave to File a Reply to the Plaintiff's Memorandum of Facts in Opposition to Verizon's Motion to Dismiss by Verizon. c/s.(Bell, Marie) (Entered: 12/30/2004) |
| 01/03/2005 | 22 | MEMORANDUM in Opposition re 14 MOTION to Dismiss filed by W. Michael Cahill. (Howarth, George) (Entered: 01/04/2005) |
| 01/04/2005 | 23 | Judge Morris E. Lasker : N ORDER entered granting 12 Motion to Dismiss, granting 14 Motion to Dismiss.Case is dimissed. (Howarth, George) Modified on 2/14/2005 (Howarth, George). (Entered: 01/05/2005) |
| 01/11/2005 | 25 | MOTION for Reconsideration re 23 Order on Motion to Dismiss, by W. Michael Cahill.(Howarth, George) (Entered: 01/13/2005) |
| 01/13/2005 | 24 | Judge Morris E. Lasker : ORDER entered. JUDGMENT in favor of Verizon,System Council T6, and Local 2222 IBEW against W. Michael Cahill (Howarth, George) (Entered: 01/13/2005) |
| 01/13/2005 |  | Civil Case Terminated. (Howarth, George) (Entered: 01/13/2005) |
| 02/07/2005 | 27 | Opposition re 25 MOTION for Reconsideration re 23 |

| | | |
|---|---|---|
| | | Order on Motion to Dismiss, filed by Verizon. (Howarth, George) (Entered: 02/09/2005) |
| 02/08/2005 | 26 | AMENDED MOTION for Reconsideration re 23 Order on Motion to Dismiss, by W. Michael Cahill. (Howarth, George) (Entered: 02/09/2005) |
| 02/14/2005 | 28 | Judge Morris E. Lasker : ORDER entered denying 25 Motion for Reconsideration re 25 MOTION for Reconsideration re 23 Order on Motion to Dismiss, filed by W. Michael Cahill,, 26 MOTION for Reconsideration re 23 Order on Motion to Dismiss, filed by W. Michael Cahill,, denying 26 Motion for Reconsideration.For Full Text see Docket No.27. (Howarth, George) (Entered: 02/18/2005) |
| 02/18/2005 | 29 | REPLY to Motion re 25 MOTION for Reconsideration re 23 Order on Motion to Dismiss, filed by System Council T6/Local 2222 IBEW. (Abaid, Kim) (Entered: 03/03/2005) |
| 03/14/2005 | 30 | NOTICE OF APPEAL as to 28 Order on Motion for Reconsideration,,, by W. Michael Cahill. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/4/2005. (Abaid, Kim) (Entered: 03/15/2005) |
| 03/14/2005 | 31 | MOTION for Leave to Appeal in forma pauperis by W. Michael Cahill.(Abaid, Kim) (Entered: 03/15/2005) |
| 03/21/2005 | 32 | Judge Morris E. Lasker : MEMORANDUM AND ORDER entered denying 31 Motion for Leave to Appeal in forma pauperis for the reasons stated in the Memorandum and Order. (Morse, Barbara) (Entered: 03/22/2005) |