

*Judge Lasker*
*04-11986*
*USDCMA*

# United States Court of Appeals
## For the First Circuit

No. 05-1513

W. MICHAEL CAHILL,

Plaintiff - Appellant,

v.

VERIZON; SYSTEM COUNCIL T6/LOCAL 2222 IBEW,

Defendants - Appellees.

### JUDGMENT
Entered: August 17, 2005

By notices issued 6/17/05 and 7/21/05, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by 8/4/05, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/8/05

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**
By:_____
Operations Manager

[cc: W. Michael Cahill, Arthur Telegen, Esq., Matthew Adams, Esq.,
Wendy Bittner, Esq.]